**Electronically Filed
Supreme Court
SCPW-19-0000817
04-DEC-2019
02:08 PM**

SCPW-19-0000817

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE MICHAEL DOYLE RUGGLES, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR EXTRAORDINARY WRIT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Michael Doyle Ruggles's petition for an extraordinary writ, filed on November 21, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not entitled to the requested relief from this court. Petitioner may seek declaratory relief under HRS § 632-1, as appropriate. Accordingly,

IT IS HEREBY ORDERED that the petition for an extraordinary writ is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for an extraordinary writ without payment of the filing fee.

DATED: Honolulu, Hawai'i, December 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

